IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

        v.

**Civil No. 13-CV-572 (NAM/CFH)**

**$85,221.00 in U.S. Currency,**

        **Defendant.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER BARRING ALL FURTHER CLAIMS

This matter having come before the Honorable Christian F. Hummel, U.S. Magistrate Judge, on November 4, 2013, for the return on the Warrant for Arrest of Articles *In Rem* pursuant to Rule C(3) of the Supplemental Rules for Admiralty and Maritime Claims, and after publication in accordance with law; Robert Romaine and Emilia Romaine by and through their attorney, James H. Glavin, IV, Esq., having interposed their verified claims of ownership, and

There being no further claims or answers interposed and there being no appearance at the call of the calendar on November 4, 2013 on behalf of any other parties, it is hereby

**ORDERED,** that other than the claims of Robert Romaine and Emilia Romaine, all further claims pertaining to the subject property are hereby barred and foreclosed forever, and it is further

**ORDERED**, that the claim of Robert Romaine and Emilia Romaine, shall proceed into the discovery stage.

DATED: November 14, 2013

_____
HONORABLE NORMAN A. MORDUE
SENIOR UNITED STATES DISTRICT JUDGE